# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CLIFTON ALLEN**                                                           **PETITIONER**

**v**                         **NO. 2:05CV00292 JLH**

**LINDA SANDERS, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 21st day of November, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE